UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

# **NOTICE OF DEFICIENCY – PRO HAC MOTION**

To:

Case No.:

Attorney is not admitted (See LR 83.5). This matter will be referred to a magistrate judge if a pro hac motion is not filed within 15 days of this Notice. A form motion can be found here: https://www.tned.uscourts.gov/forms/motion-admission-pro-hac-vice.

Pro hac motion has been filed. However, the following action is required in order for the motion to be considered.

The Clerk's Office has been unable to confirm your good standing in the following state(s). Accordingly, a certificate(s) of good standing must be submitted:

A certificate of good standing from another district court must be submitted.
    The Certificate of Good Standing Must come from a US District Court only.

The $90.00 filing fee must be paid.

If the required certificates or filing fee are not submitted within 15 days of this Notice, your motion may be summarily denied.