UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ENCOMPASS INDEMNITY COMPANY, a/s/o JEREMIAH and JENNIFER BRADY,<br><br>    Plaintiff,<br><br>v.<br><br>JONES STEPHENS CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 3:23-CV-177-TAV-JEM<br>)<br>)<br>)<br>)<br>) |

## ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On June 12, 2023, Attorney Courtney Cotter, counsel for Plaintiff, filed a Motion for Admission *Pro Hac Vice* [Doc. 12]. On the same day, the Clerk entered the Notice of Deficiency ("Notice") [Doc. 13], stating that Attorney Cotter must submit a certificate of good standing from another United States District Court. The Notice states, "If the required certificate[] . . . [is] not submitted within 15 days of this Notice, your motion may be summarily denied" [*Id*.]. More than fifteen (15) days have passed, and Attorney Cotter has not complied with the Notice.

The Court **ORDERS** Attorney Cotter to show cause on or before **July 19, 2023**, why her motion [Doc. 12] should not be denied and why other appropriate sanctions should not issue for her failure to comply with the Notice. The Court **DIRECTS** the Clerk to mail a copy of this Order to Show Cause to Attorney Cotter.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge