UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ENCOMPASS INDEMNITY COMPANY, a/s/o JEREMIAH and JENNIFER BRADY, Plaintiff, v. JONES STEPHENS CORP., Defendant. | No. 3:23-CV-177-TAV-JEM |

## ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Defendant Jones Stephens Corporation removed this case from Knox County Circuit Court on May 18, 2023 [Doc. 1]. On May 22, 2023, the Clerk entered a Notice of Deficiency [Doc. 5], stating that Attorney William B. Sloan, counsel for Plaintiff, is not admitted to practice in this Court and that if a motion for pro hac vice was not filed within fifteen (15) days, then the Clerk would refer the matter to the undersigned. More than fifteen (15) days have passed, and Attorney Sloan has not complied with the Notice.

The Court **ORDERS** Attorney Sloan to show cause on or before **July 19, 2023**, why he should not be removed as an attorney of record in this case and why other appropriate sanctions should not issue for his failure to comply with the Notice. The Court **DIRECTS** the Clerk to mail a copy of this Order to Show Cause to Attorney Sloan.

**IT IS SO ORDERED.**

ENTER:

_/s/ Jill E. McCook_
Jill E. McCook
United States Magistrate Judge